v.

**The STATE of Texas, Appellee.**

No. 27172.

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

**David Lee HINSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27180.

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for operating a motor vehicle upon a public highway while under the influence of intoxicating liquor; the penalty assessed is a fine of $100 and confinement in the county jail for ten days.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.